BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorney
Transnational Organized Crime Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0813
Facsimile: (213) 894-0141
E-mail: daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HENRY RENDON,<br><br>Defendant. | No. 2:25-MJ-03691-DUTY<br><br>JOINT STIPULATION TO CONTINUE POST INDICTMENT ARRAIGNMENT |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Daniel H. Weiner, and defendant HENRY RENDON by and through his counsel of record Rose Statman, hereby stipulate as follows:

1. On June 18, 2025, defendant HENRY RENDON made his initial appearance on a complaint charging a violation of 18 U.S.C. § 111 (assault on a federal officer). That same day, the court set a Post Indictment Arraignment for defendant on July 14, 2025, at 11:30 a.m.

2. By stipulation, the parties move to continue defendant's Post Indictment Arraignment to July 21, 2025, at 11:30 a.m.

Dated: July 11, 2025       Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division


         /s/
DANIEL H. WEINER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: July 11, 2025

/s/ (*via email authorization*)
ROSE STATMAN

Attorney for Defendant
HENRY RENDON

2