1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   DANIEL H. WEINER (Cal. Bar No. 329025)
4  Assistant United States Attorney
   Transnational Organized Crime Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0813
7       Facsimile: (213) 894-0141
        E-mail:    daniel.weiner@usdoj.gov
8

9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                UNITED STATES DISTRICT COURT

12             FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,       | No. 2:25-MJ-03691-DUTY
14 |      Plaintiff,                 | [~~PROPOSED~~] ORDER CONTINUING POST INDICTMENT ARRAIGNMENT
15 |      v.                         |
16 | HENRY RENDON,                   |
17 |      Defendant.                 |
18

19      The Court has read and considered the parties' Joint
20 Stipulation to Continue the Post Indictment Arraignment in this
21 case.
22 ///
23 ///
24
25
26
27
28                                 1

FOR GOOD CAUSE SHOWN:

The Court continues the Post Indictment Arraignment in this matter to July 21, 2025 at 11:30 a.m.:

IT IS SO ORDERED.

7/11/2025
DATE

HONORABLE A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

Presented by:

   /s/ *Daniel H. Weiner*
DANIEL H. WEINER
Assistant United States Attorney

2