```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  CHRISTINA T. SHAY
    Assistant United States Attorney
 3  Chief, Criminal Division
    DANIEL H. WEINER (Cal. Bar No. 329025)
 4  Assistant United States Attorney
    Transnational Organized Crime Section
 5       1400 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0813
 7       Facsimile: (213) 894-0141
         E-mail:    daniel.weiner@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-03691-DUTY |
|---|---|
| Plaintiff, | <u>UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)</u> |
| v. | |
| HENRY RENDON, | |
| Defendant. | |

The United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the complaint against defendant HENRY RENDON without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). Counsel for defendant, DPFD Rose Statman, does not object to this request.

//

//

//

The government further requests that defendant's bond be exonerated on this charge.

Dated: July 17, 2025					Respectfully submitted,

							BILAL A. ESSAYLI
							United States Attorney

							CHRISTINA T. SHAY
							Assistant United States Attorney
							Chief, Criminal Division


							_____/s/_____
							DANIEL H. WEINER
							Assistant United States Attorney

							Attorneys for Plaintiff
							UNITED STATES OF AMERICA