```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  CHRISTINA T. SHAY
    Assistant United States Attorney
 3  Chief, Criminal Division
    DANIEL H. WEINER (Cal. Bar No. 329025)
 4  Assistant United States Attorney
    Transnational Organized Crime Section
 5       1400 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0813
 7       Facsimile: (213) 894-0141
         E-mail:    daniel.weiner@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-03691-DUTY |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) |
| v. | |
| HENRY RENDON, | |
| Defendant. | |

IT IS HEREBY ORDERED that the complaint against defendant is dismissed without prejudice under Federal Rule of Criminal Procedure 48(a). Defendant's bond shall be exonerated on this charge.

IT IS SO ORDERED.

July 17, 2025
_____  _____
 DATE                         HON. STEPHANIE S. CHRISTENSEN
                              UNITED STATES MAGISTRATE JUDGE

Presented by:

_____/s/_____
DANIEL H. WEINER
Assistant United States Attorney